```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

IN RE: GABRIEL & MARIA ESPINOSA        )
                                       )
IBM AS SUCCESSOR IN INTEREST TO        )
Chase Home Finance LLC,                )
          Creditor,                    )
                                       )
     vs.                               ) CASE NO. 10B19888
                                       ) JUDGE Jack B. Schmetterer
GABRIEL & MARIA ESPINOSA,              )
          Debtor                       )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes IBM AS SUCCESSOR IN INTEREST TO Chase Home Finance LLC, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the May 2011 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of June 1, 2011:

   | | |
   |---|---:|
   | a. Attorney's Fees | $250.00 |
   | b. Payments (5/11 & 6/11 @ $2,225.41 ea.) | $4,450.82 |
   | c. Property Inspections | $15.00 |
   | d. Late Charges | $906.60 |
   | e. Suspense | −$1,061.55 |
   | Total | $4,560.87 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice IBM AS SUCCESSOR IN INTEREST TO Chase Home Finance LLC rights to collect these amounts will be unaffected.

        Respectfully Submitted,
        IBM AS SUCCESSOR IN INTEREST TO
        Chase Home Finance LLC

        /s/Toni Dillon
        Toni Dillon ARDC#6289370
        Pierce and Associates, P.C.
        1 North Dearborn
        Suite 1300
        Chicago, Illinois 60602